```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------- X
                                                                        :
MELISSA KESSLER,                                                        :
                                                                        :
                                Plaintiff,                              :   23 Civ. 9833 (JPC)
                                                                        :
                -v-                                                     :   ORDER
                                                                        :
BANK OF AMERICA, N.A.,                                                  :
                                                                        :
                                Defendant.                              :
                                                                        :
----------------------------------------------------------------------- X
```

JOHN P. CRONAN, United States District Judge:

On February 12, 2024, the Court entered the Case Management Plan in this matter, which, *inter alia*, required the parties to file a post-discovery joint letter by August 2, 2024.  Dkt. 14 ¶ 18. That deadline has passed, yet the docket reflects no such letter.  The Court accordingly *sua sponte* extends this deadline until August 12, 2024.  The parties are reminded that "all litigants have an obligation to comply with court orders," and failure to comply may result in sanctions.  *Baba v. Japan Travel Bureau Int'l*, 111 F.3d 2, 5 (2d Cir. 1997) (cleaned up).

SO ORDERED.

Dated: August 5, 2024
       New York, New York

_____
JOHN P. CRONAN
United States District Judge